IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2004 MAY -7 P 3: 10

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| S & H U.S.A. INC., <br><br> Plaintiff, <br><br> v. <br><br> POWELL & POWELL SUPPLY CO. INC., <br><br> Defendant. | Civil Action No. 04CV10889RCL |

**MOTION TO ENLARGE TIME**

Pursuant to Federal Rule of Civil Procedure 6(b) the defendant Powell & Powell Supply Co. Inc. moves for an enlargement of time within which to respond to plaintiff's Complaint through and including June 30, 2004. As grounds for this Motion, defendant states: (1) it is a non-resident party served by Certified Mail on April 16, 2004; (2) the above-captioned action was removed to this Court on May 5, 2004; (3) under Federal Rule of Civil Procedure 4(d)(3) had this action been initiated in the Federal Court, defendant's Answer would not be due prior to June 15, 2004; (4) defendant has asked this Court for leave to be represented by North Carolina counsel pursuant to a Motion *Pro Hac Vice*, which Motion is filed with this Motion; and (5) counsel Robert Cohen for the plaintiff has a scheduled vacation during the first two weeks of June, 2004 and a trial beginning shortly following his return from vacation and in light thereof

9437085_1

has requested that the date for responding be extended to June 30, 2004.  Attorney Cohen has assented to the allowance of this Motion.

WHEREFORE, for the reasons set forth above, defendant respectfully requests that this Motion be allowed.

POWELL & POWELL SUPPLY CO. INC.
By its attorney,

*John C. Kane Jr.*

John C. Kane, Jr. (BBO #257480)
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
(617) 951-7000

ASSENTED TO:

_____
Attorney for Plaintiff
Robert G. Cohen (BBO #090340)
188 Oaks Road
Framingham, MA  01702
(508) 875-0035

Dated:  May 7, 2004

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/~~by hand~~.

Date: 5/7/04       *John C. Kane Jr.*

9437085_1

-2-

# ROBERT GERALD COHEN
*Attorney at Law*
188 Oaks Road Framingham, MA 01702
Telephone: 508-875-0035
Facsimile: 508-875-0558
e-mail: RGCesq@aol.com

Date: 5-5-04

From: Robert G. Cohen, Esquire          U.S. Mail: _____

To: John C. Kane Jr. ESQ@Ropes+Gray    Fax No.: 617-951-7050

Re: S+H USA, Inc. vs. Powell + Powell

COPIES TO: Fry/Simon 772-220-1249

assented to motion

TOTAL PAGES INCLUDING COVER SHEET: 4

NOTE: The information contained in this facsimile message is privileged and confidential, and is intended only for the use of the individual(s) named above and others who have been specifically authorized to receive such. If the recipient is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please notify us immediately. Thank you.



**ROPES & GRAY LLP**
ONE INTERNATIONAL PLACE    BOSTON, MA 02110-2624    617-951-7000    F 617-951-7050
BOSTON    NEW YORK    SAN FRANCISCO    WASHINGTON, DC

## FAX TRANSMITTAL LETTER

**IMPORTANT:** PLEASE DELIVER THIS DOCUMENT IMMEDIATELY!
IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL: (617) 951-7000
TOTAL NUMBER OF PAGES INCLUDING THIS TRANSMITTAL LETTER: 3

| | Name | Firm/Company | Fax Number | Phone Number |
|---|---|---|---|---|
| To: | Robert G. Cohen | | 508-875-0558 | 508-875-0035 |
| From: | John C. Kane, Jr. | | | |
| Comments: | Please let me know as soon as possible if you are comfortable with this draft and that I am authorized to sign your assent. | | | |
| cc: | Johnny Loper | | 919-755-6056 | 919-755-2116 |

**PLEASE COMPLETE WHEN SUBMITTING TO FAX DEPARTMENT**

Date: May 6, 2004
File Symbol: PPSU-002
Submitted By: John C. Kane, Jr.

Time: 11:47 AM
Personal ID Number: 10850
Phone: (617) 951-7775

THIS FAX MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE. IT IS INTENDED FOR USE ONLY BY THOSE TO WHOM IT IS ADDRESSED. IF THIS FAX IS NOT ADDRESSED TO YOU, OR IF YOU RECEIVED IT IN ERROR, YOU MAY NOT DISCLOSE, DISTRIBUTE, COPY OR USE THIS FAX OR ANY INFORMATION IN IT. INSTEAD, PLEASE CALL US COLLECT AT (617) 951-7000 TO ARRANGE FOR ITS DESTRUCTION OR RETURN.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

S & H U.S.A. INC.,

Plaintiff,

v.

POWELL & POWELL SUPPLY CO. INC.,

Defendant.

Civil Action No. 04CV10889RCL

## MOTION TO ENLARGE TIME

Pursuant to Federal Rule of Civil Procedure 6(b) the defendant Powell & Powell Supply Co. Inc. moves for an enlargement of time within which to respond to plaintiff's Complaint through and including June 30, 2004. As grounds for this Motion, defendant states: (1) it is a non-resident party served by Certified Mail on April 16, 2004; (2) the above-captioned action was removed to this Court on May 5, 2004; (3) under Federal Rule of Civil Procedure 4(d)(3) had this action been initiated in the Federal Court, defendant's Answer would not be due prior to June 15, 2004; (4) defendant has asked this Court for leave to be represented by North Carolina counsel pursuant to a Motion *Pro Hac Vice*, which Motion is filed with this Motion; and (5) counsel Robert Cohen for the plaintiff has a scheduled vacation during the first two weeks of June, 2004 and a trial beginning shortly following his return from vacation and in light thereof

9437085_1

has requested that the date for responding be extended to June 30, 2004. Attorney Cohen has assented to the allowance of this Motion.

WHEREFORE, for the reasons set forth above, defendant respectfully requests that this Motion be allowed.

                POWELL & POWELL SUPPLY CO. INC.
                By its attorney,

                John C. Kane, Jr. (BBO #257480)
                ROPES & GRAY LLP
                One International Place
                Boston, MA 02110-2624
                (617) 951-7000

ASSENTED TO:

_(signature)_

Attorney for Plaintiff
Robert G. Cohen (BBO #090340)
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

Dated: May 7, 2004

9437085_1                 -2-