IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

S & H U.S.A. INC.,

    Plaintiff,

v.

POWELL & POWELL SUPPLY CO. INC.,

    Defendant.

Civil Action No. 04CV10889RCL

FILING FEE PAID:
RECEIPT #
AMOUNT $
BY DPTY CLK
DATE

## MOTION FOR ADMISSION PRO HAC VICE

John C. Kane, Jr., a member of the Bar of the United States District Court for the District of Massachusetts, who has entered an appearance in this action on behalf of Defendant, Powell & Powell Supply Co. Inc., hereby moves this Court for admission *pro hac vice* of Johnny M. Loper and Melody-Ray Welborn of the law firm Womble Carlyle Sandridge & Rice, PLLC as counsel for Defendant, Powell & Powell Supply Co. Inc., pursuant to Local Rule 83.5.3.

Attached hereto in support of this motion are the certificates of Mr. Loper and Ms. Welborn; that they are members of the bar in good standing in every jurisdiction where they have been admitted to practice; that there are no disciplinary proceedings pending against them

9429119_1

as members of the bar in any jurisdiction; and that they are familiar with the local rules of this Court.

> POWELL & POWELL SUPPLY CO. INC.
> By its attorney,
>
> /s/ John C. Kane, Jr.
> John C. Kane, Jr. (BBO #257480)
> ROPES & GRAY LLP
> One International Place
> Boston, MA 02110-2624
> (617) 951-7000

Dated: May 7, 2004

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/~~by hand~~.

Date: 5/7/04    /s/ John C. Kane, Jr.