IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO.  04CV10889 RCL

| | | |
|---|---|---|
| S & H U.S.A. INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CERTIFICATE IN SUPPORT OF** |
| | ) | **ADMISSION *PRO HAC VICE*** |
| POWELL & POWELL SUPPLY CO. INC., | ) | **L.R. 83.5.3** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

NOW COME Johnny M. Loper and Melody-Ray Welborn of the Raleigh, North Carolina, office of Womble Carlyle Sandridge & Rice, PLLC and hereby certify as follows in support of the Motion of John C. Kane, Jr., of Ropes & Gray that they be admitted *pro hac vice* in this matter pursuant to Local Rule 83.5.3.

1.      Johnny M. Loper is a member of Womble Carlyle Sandridge & Rice, PLLC, and is resident in that firm's Raleigh, North Carolina office.  Mr. Loper is a member of the Bar of the United States District Courts for the Eastern, Middle, and Western Districts of North Carolina. Mr. Loper is also a member of the North Carolina State Bar and a member of the Mississippi Bar (inactive).  Through his signature below, he hereby certifies under penalty of perjury under the laws of the United States of America that the following is true and correct: (1) he is a member of the Bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the Bar in any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2. Melody Ray-Welborn is an associate of Womble Carlyle Sandridge & Rice, PLLC, and is resident in that firm's Raleigh, North Carolina office. Ms. Ray-Welborn is a member of the Bar of the United States District Court for the Eastern District of North Carolina. Ms. Ray-Welborn is also a member of the North Carolina State Bar. Through her signature below, she hereby certifies under penalty of perjury under the laws of the United States of America that the following is true and correct: (1) she is a member of the Bar in good standing in every jurisdiction where she has been admitted to practice; (2) there are no disciplinary proceedings pending against her as a member of the Bar in any jurisdiction; and (3) she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

This the 4th day of May, 2004.

SO CERTIFIED AS TO PARAGRAPH 1:

Johnny M. Loper, NC State Bar. No. 15533
WOMBLE CARLYLE SANDRIDGE & RICE,
*a Professional Limited Liability Company*
2100 Wachovia Capitol Center
150 Fayetteville Street Mall
P.O. Box 831
Raleigh, NC 27602
(919) 755-2116

SO CERTIFIED AS TO PARAGRAPH 2:

Melody Ray-Welborn, NC State Bar. No. 28035
WOMBLE CARLYLE SANDRIDGE & RICE,
*a Professional Limited Liability Company*
2100 Wachovia Capitol Center
150 Fayetteville Street Mall
P.O. Box 831
Raleigh, NC 27602
(919) 755-8131