# ROBERT GERALD COHEN
## Attorney at Law

| | |
|---|---|
| 188 Oaks Road | Telephone: (508) 875-0035 |
| Framingham, MA 01702 | Facsimile: (508) 875-0558 |

May 12, 2004

Clerk, U.S. District Court
Moakley Courthouse
Courthouse Way
Boston, MA 02210

RE: Case # 1:04 CV 10889

Dear Sir/Madam:

Please remove the name "Gittelsohn Traini & Cohen" from my mailing address as it is an old firm name that has ceased being used since year 2000.

Thank you.

Very truly yours,

Robert G. Cohen

RGC/pjm

cc: John Kane Jr., Esq.
    Ropes & Gray
    1 International Place
    Boston, MA 02110