IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

S & H USA INC.,
    Plaintiff

v.

POWELL & POWELL SUPPLY CO., INC.
    Defendant

CA NO. 04CV10889RCL

## PLAINTIFF'S RESPONSE TO COUNTERCLAIM

Plaintiff hereby responds to and answers the Counterclaim as follows:

1. Admit.
2. Deny.
3. Admit.
4. Deny.
5. Deny.
6. Deny.
7. Deny.
8. Admit.
9. Deny.
10. Admit
11. Admit.
12. Deny.
13. Deny.
14. No response required.
15. Deny.

16. Deny.
17. Deny.
18. Deny.
19. Deny.
20. No response required.
21. Admit.
22. Deny.
23. Deny.
24. Deny.

WHEREFORE, plaintiff demands that the counterclaims be dismissed, and that plaintiff recover its costs and attorneys' fees incurred in defense of same.

                Plaintiff
                By its attorney

                _____
                Robert G. Cohen BBO #090340
                188 Oaks Road
                Framingham, MA 01702
                (508) 875-0035

July 13, 2004