# ROBERT GERALD COHEN

Attorney at Law
188 Oaks Road, Framingham, MA 01702
Telephone: (508) 875-0035
Facsimile: (508) 875-0558
Cell: (508) 479-0333
Email: rgcesq@aol.com
Massachusetts BBO# 090340

FILED IN OFFICE
2004 JUL 29 P 1:00
U.S. DISTRICT COURT
DISTRICT OF MASS

July 28, 2004

Clerk, U.S. District Court
Moakley Courthouse
One Courthouse Way
Boston, MA 02210

RE:  S & H USA Inc.
v.   Powell and Powell Supply Co., Inc.
No.  04 CV 10889 RCL

Dear Sir/Madam:

I have your notice that the Rule 16 Scheduling Conference is on for Thursday, September 16, 2004 at 2:30 p.m. I am not available as that date is the Jewish New Year.

Please re-schedule this matter.

Thank you.

Very truly yours,

Robert G. Cohen

RGC/pjm

cc:  Johnny M. Loper, Esq.
     PO Box 831
     Raleigh, NC 27602

cc:  John C. Kane, Jr., Esq.
     Ropes & Gray
     One International Place
     Boston, MA 02110

cc:  Fred Simon