IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

S & H USA INC.,
    Plaintiff

v.

POWELL & POWELL SUPPLY CO., INC.
    Defendant

CA NO. 04CV10889RCL

## ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE

Plaintiff, with defendant's assent, moves the court for a continuance of the Rule 16 Scheduling Conference from Thursday, September 16, 2004, at 2:30 p.m. to October 2004. The grounds for this motion are that September 16, 2004 is the Jewish New Year and the undersigned plaintiff's counsel is not available for court on September 16, 2004.

WHEREFORE, plaintiff so moves and requests October 27, 2004 at 2:30 p.m. for said Rule 16 Conference.

    Plaintiff
    By its attorney

    _____
    Robert G. Cohen BBO #090340
    188 Oaks Road
    Framingham, MA 01702
    (508) 875-0035

Assented to:

_____
FCR Attorney for Defendant   with permission.