UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

S & H USA INC.  }
       Plaintiff }
v. }   CIVIL ACTION NO.
  }   04 CV 10889 RCL
POWELL & POWELL SUPPLY }
CO., INC. }
       Defendants }

## LOCAL RULE 16.1 CERTIFICATE

    Pursuant to Local Rule 16.1 (d)(3), plaintiffs and their counsel hereby certify that they have conferred to establish a budget for the costs of the litigation and/or alternatives thereto; and to consider the resolution of this litigation through alternative dispute resolution such as those outlined in Local Rule 16.4

_____        _____
Robert G. Cohen, Esq.                 Plaintiff
                                           By Robert G. Cohen w/permission

Respectfully submitted
Plaintiff
By its attorney

_____
Robert G. Cohen BBO # 090340
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

Dated: October 21, 2004

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1(d)(3)

Pursuant to the provisions of Local Rule 16.1(d)(3) of this Court, the undersigned authorized representative of Defendant Powell & Powell Supply Co., Inc. ("the Company") hereby certifies that the Company has conferred with its counsel of record with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

POWELL & POWELL SUPPLY CO., INC.

By: _____

Attorney and agent-in-fact