IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| S & H USA INC., <br> Plaintiff <br><br> v. <br><br> POWELL & POWELL SUPPLY CO., INC. <br> Defendant | CA NO. 04CV10889RCL |

**PLAINTIFF'S STATEMENT UNDER FRCP 26(a)
AND L.R. 26.2 WITH CERTIFICATE OF SERVICE**

Pursuant to FRCP 26(a) and L.R. 26.2, plaintiff hereby submits the following information:

1. **Potential Witnesses.**

    The names of individuals likely to have discoverable information which plaintiff may use to support its claim are as follows:

    Jeffrey Chaban
    Fred Simon
    Reid Powell
    Billy Ray Powell
    James Cotreau

    Each above named person has or is likely to have knowledge of each transaction which entitled plaintiff to sales commissions.

    Plaintiff reserves its right to amend this list.

1

2. **Potential Documentary Exhibits.**

The following categories of documents are currently in plaintiff's possession and control and may be used by plaintiff to provide its claim against defendant.

A. The parties' Contract.
B. Calculations of commissions due plaintiff.
C. Correspondence between the parties.
D. Product descriptions.
E. Correspondence between defendant and retail/wholesale stores.
F. Miscellaneous purchase orders.
G. Miscellaneous correspondence between plaintiff and certain retail/wholesale stores.

Plaintiff reserves its right to supplement this list.

3. **Damage Computation.**

Based upon currently available information plaintiff believes it has sustained damages in the amount of $5,102,845.55. Plaintiff further seeks to recover multiple damages pursuant to MGL Chapter 93A and reasonable attorneys' fees.

Plaintiff reserves its right to re-state its damage claim to conform to the evidence produced in discovery.

4.  **Insurance.**

Plaintiff is not aware of the existence of any insurance available to pay, indemnify or reimburse defendant for any judgment which may be awarded to plaintiff in this case.

                                Plaintiff S&H USA Inc.
                                By its attorney

                                _____
                                Robert G. Cohen BBO #090340
                                188 Oaks Road
                                Framingham, MA 01702
                                (508) 875-0035

November 29, 2004

## CERTIFICATE

I certify that I have secured a true copy of the foregoing pending on defendant's counsel of record, by first-class U.S. Mail as follows:

John C. Kane Jr., Esq.
Ropes & Gray
One International Place
Boston, MA 02110

and

Johnny M. Loper
Womble Carlyle
Box 831
Raleigh, NC 27602

                                _____
                                Robert G. Cohen, Esq.