IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No. 04CV10889RCL

S & H USA, INC.,  )
 )
    Plaintiff,  )
 )
v.  )
 )
POWELL & POWELL SUPPLY CO., INC.  )
 )
    Defendant.  )
 )

## JOINT MOTION
## TO AMEND SCHEDULING ORDER

Pursuant to F.R.C.P. 16 and L.R. 16.1(g), Plaintiff and Defendant jointly move the court for an order amending the Scheduling Order to extend the deadline for "fact" discovery to August 31, 2005, and to extend the time for serving Requests for Admissions to November 1, 2005, and for Responses to Requests for Admissions to December 1, 2005. The remainder of the Scheduling Order including, without limitation, the expert witness and summary judgment related deadline(s), the date for the status conference and/or final pretrial hearing, and the trial date shall remain unchanged.

As grounds for this motion, counsel for Plaintiff and Defendant hereby state that they have exchanged Rule 26(a) disclosures and written discovery requests. Responses to the parties' written discovery requests have been or are about to be made. Defendant's responses included production of thousands of documents, including invoices and other documents that are central to the claims and defenses in this case. Plaintiff has and continues to work diligently to review Defendant's document production, assimilate information from them into Plaintiff's discovery

responses and to provide meaningful discovery responses that contemplate the information contained in said documents.

In an effort to allow for the most efficient use of witness and deposition time, the parties have delayed fact witness depositions until such time as the written discovery is fully exchanged and the respective parties have a reasonable opportunity to review the same. The parties are working cooperatively in an effort to maximize client and judicial resources and best posture the case for a successful mediation in the late summer or early autumn.

Therefore, based upon the foregoing good cause, Plaintiff and Defendant jointly move the Court for an Order extending the deadline for fact witness discovery until August 31, 2005, the deadline for serving requests for admissions to November 1, 2005 and the deadline for responding to requests for admissions to December 1, 2005

WHEREFORE, Plaintiff and Defendant respectfully so move.

**Plaintiff**
**By its attorney**

_____
Robert G. Cohen BBO #090340
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

**Defendant**
**By its attorney**

_____
Johnny M. Loper, NCSB No. 15533
WOMBLE CARLYLE SANDRIDGE & RICE
*A Professional Limited Liability Company*
2100 Wachovia Capitol Center
150 Fayetteville Street Mall
PO Box 831
Raleigh, NC  27602
(919-755-2116)

John C. Kane
Ropes & Gray
One International Place
Boston, MA 02100-2624
(617-951-7775)

Attorneys for Powell & Powell Supply Co.