**ROBERT GERALD COHEN**
Attorney at Law
188 Oaks Road, Framingham, MA 01702
Telephone: (508) 875-0035
Cell: (508) 479-0333
Facsimile: (508) 875-0558
Massachusetts BBO #090340
Email: RGCesq@aol.com

May 24, 2005

United States District Court
ATTN: Mr. Don Stanhope
Moakley Courthouse
Boston, MA 02210

RE:  *S&H USA Inc.*
v.   *Powell & Powell Supply Company Inc.*
     *No. 04-CV-10889-RCL*

Dear Mr. Stanhope:

The "Scheduling Order" on this case calls for mediation during the time period August-September 2005. I believe this case is appropriate for mediation and would like to be referred to the court program.

I write now because calendars get filled up quickly.

I certify I have served a copy of this letter on defense counsel Johnny M. Loper, Esq., at Womble Carlyle, PO Box 831, Raleigh, NC 27602, and John C. Kane, Esq., Ropes & Gray, One International Place, Boston, MA 02110.

Very truly yours,

Robert G. Cohen

RGC/pjm

cc:   Frederick Simon