UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

S&H USA Inc.
_____
Plaintiff(s)

v.

Powell & Powell Supply Co
_____
Defendant(s)

CIVIL ACTION

NO. 04-10889-RCL

## ORDER OF REFERENCE
## FOR
## ALTERNATIVE DISPUTE RESOLUTION

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to _the Mediation Program_ for the following ADR program: _to be mediated during August-September 2005_

_____ EARLY NEUTRAL EVALUATION      __X__ MEDIATION
_____ MINI-TRIAL                    _____ SUMMARY JURY TRIAL
_____ SETTLEMENT CONFERENCE         _____ SPECIAL MASTER
_____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

_6/1/2005_
DATE

_____
UNITED STATES DISTRICT JUDGE

### CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | _____ | | |

(adrrefi.ord - 4/29/94)                                    [orefadr.]

# ROBERT GERALD COHEN
Attorney at Law
188 Oaks Road, Framingham, MA 01702
Telephone: (508) 875-0035
Cell: (508) 479-0333
Facsimile: (508) 875-0558
Massachusetts BBO #090340
Email: RGCesq@aol.com

May 24, 2005

United States District Court
ATTN: Mr. Don Stanhope
Moakley Courthouse
Boston, MA 02210

RE: *S&H USA Inc.*
v.  *Powell & Powell Supply Company Inc.*
    *No.04-CV-10889-RCL*

Dear Mr. Stanhope:

The "Scheduling Order" on this case calls for mediation during the time period August-September 2005. I believe this case is appropriate for mediation and would like to be referred to the court program.

I write now because calendars get filled up quickly.

I certify I have served a copy of this letter on defense counsel Johnny M. Loper, Esq., at Womble Carlyle, PO Box 831, Raleigh, NC 27602, and John C. Kane, Esq., Ropes & Gray, One International Place, Boston, MA 02110.

Very truly yours,

Robert G. Cohen

RGC/pjm

cc:   Frederick Simon