# United States District Court
# District of Massachusetts

S & H U.S.A., INC.,

    V.                                  CIVIL ACTION NO. 2004-10889-RCL

POWELL & POWELL SUPPLY CO. INC.

## ORDER OF RECUSAL

COLLINGS, U.S.M.J.

    Because of the personal friendship between my wife and I and John C. Kane, Jr., Esquire, and his wife, I hereby RECUSE myself from further proceedings in this case pursuant to 28 U.S.C. § 455(a).

    The file is RETURNED to the Clerk's Office with instructions to draw the case to a Magistrate Judge other than myself or Judge Bowler for the purpose of assigning an ADR Provider.

                                            /s/ Robert B. Collings
                                            ROBERT B. COLLINGS
                                            United States Magistrate Judge

June 16, 2005.