IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 04CV10889RCL

S & H U.S.A. INC.,                           )
                                             )
                    Plaintiff,               )      *CV- 04- 10889- RCL*
                                             )
v.                                           )      **MOTION FOR ADMISSION *PRO HAC***
                                             )      ***VICE***
POWELL & POWELL SUPPLY CO. INC.,             )      **L.R. 83.5.3**
                                             )
                    Defendant.               )
                                             )

John C. Kane, Jr., of Ropes & Gray and a member of the Bar of the United States District Court for the District of Massachusetts, who has entered an appearance in this action on behalf of Defendant, Powell & Powell Supply Co. Inc., hereby moves this Court for admission *pro hac vice* of Christopher W. Jones of the law firm Womble Carlyle Sandridge & Rice, PLLC as counsel for Defendant, Powell & Powell Supply Co. Inc., pursuant to Local Rule 83.5.3.

Attached hereto in support of this motion is the certificate of Mr. Jones; that he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; that there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and that he is familiar with the local rules of this Court.

This the ₃₃rd day of June, 2005.

FEE PAID:
RECEIPT #_____
AMOUNT $_____
DEPUTY CLK_____

POWELL & POWELL SUPPLY CO. INC.
By its attorney,

John C. Kane, Jr. (BBO #257480)
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
(617) 951-7000