IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 04CV10889RCL

| | |
|---|---|
| S & H U.S.A. INC., ) | |
| ) | |
| Plaintiff, ) | CV-04-10889-RCL |
| ) | |
| v. ) | **CERTIFICATE IN SUPPORT OF** |
| ) | **ADMISSION *PRO HAC VICE*** |
| POWELL & POWELL SUPPLY CO. INC., ) | **L.R. 83.5.3** |
| ) | |
| Defendant ) | |

NOW COMES Christopher W. Jones of the Raleigh, North Carolina, office of Womble Carlyle Sandridge & Rice, PLLC and hereby certify as follows in support of the Motion of John C. Kane, Jr., of Ropes & Gray that he be admitted *pro hac vice* in this matter pursuant to Local Rule 83.5.3.

1. Christopher W. Jones is an associate in the law firm of Womble Carlyle Sandridge & Rice, PLLC, and is resident in that firm's Raleigh, North Carolina office. Mr. Jones is a member of the Bar of the United States District Courts for the Eastern, Middle, and Western Districts of North Carolina, as well as the Fourth Circuit Court of Appeals. Mr. Jones is also a member of the North Carolina State Bar and the West Virginia State Bar (inactive). Through his signature below, he hereby certifies under penalty of perjury under the laws of the United States of America that the following is true and correct: (1) he is a member of the Bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the Bar in any jurisdiction;

and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

This the ____ day of June, 2005.

SO CERTIFIED:

_____
Christopher W. Jones, NC State Bar. No. 27265
WOMBLE CARLYLE SANDRIDGE & RICE,
*a Professional Limited Liability Company*
2100 Wachovia Capitol Center
150 Fayetteville Street Mall
P.O. Box 831
Raleigh, NC 27602
(919) 755-8173

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day served a copy of the foregoing in the above-captioned action upon all parties by depositing a copy of same in the United States Mail, first-class postage prepaid, addressed as follows:

> Robert G. Cohen
> 188 Oaks Road
> Framingham, MA 01702

This the 23rd day of June, 2005.

                                                          _____
                                                          John C. Kahe, Jr.

RALEIGH 503043v1