IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 04CV10889RCL

S & H U.S.A. INC., )
)
      Plaintiff, )
)
v. ) **MOTION FOR ADMISSION *PRO HAC VICE***
) **L.R. 83.5.3**
POWELL & POWELL SUPPLY CO. INC., )
)
      Defendant. )
)

FEE PAID:
RECEIPT # ___6123___
AMOUNT $ ___50.00___
DEPUTY CLK ___8/5/05___

    John C. Kane, Jr., of Ropes & Gray and a member of the Bar of the United States District Court for the District of Massachusetts, who has entered an appearance in this action on behalf of Defendant, Powell & Powell Supply Co. Inc., hereby moves this Court for admission *pro hac vice* of Eileen R. Youens of the law firm Womble Carlyle Sandridge & Rice, PLLC as counsel for Defendant, Powell & Powell Supply Co. Inc., pursuant to Local Rule 83.5.3.

    Attached hereto in support of this motion is the certificate of Ms. Youens; that she is a member of the bar in good standing in every jurisdiction where she has been admitted to practice; that there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and that she is familiar with the local rules of this Court.

    This the 4th day of August, 2005.

POWELL & POWELL SUPPLY CO. INC.
By its attorney,

/s/ John C. Kane
John C. Kane, Jr. (BBO #257480)
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
(617) 951-7000

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing in the above-captioned action upon all parties by depositing a copy of same in the United States Mail, first-class postage prepaid, addressed as follows:

> Robert G. Cohen
> 188 Oaks Road
> Framingham, MA 01702

This the 4th day of August, 2005.

John C. Kane, Jr.