IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 04CV10889RCL

| | |
|---|---|
| S & H U.S.A. INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>POWELL & POWELL SUPPLY CO. INC., )<br>)<br>Defendant. )<br>) | **CERTIFICATE IN SUPPORT OF ADMISSION *PRO HAC VICE*** <br> **L.R. 83.5.3** |

NOW COMES Eileen R. Youens of the Raleigh, North Carolina, office of Womble Carlyle Sandridge & Rice, PLLC and hereby certifies as follows in support of the Motion of John C. Kane, Jr., of Ropes & Gray that she be admitted *pro hac vice* in this matter pursuant to Local Rule 83.5.3.

1. Eileen R. Youens is an associate in the law firm of Womble Carlyle Sandridge & Rice, PLLC, and is resident in that firm's Raleigh, North Carolina office. Ms. Youens is a member of the Bar of the United States District Court for the Northern District of Texas, as well as the Fifth Circuit Court of Appeals. Ms. Youens is also a member of the Texas State Bar. Through her signature below, she hereby certifies under penalty of perjury under the laws of the United States of America that the following is true and correct: (1) she is a member of the Bar in good standing in every jurisdiction where she has been admitted to practice; (2) there are no disciplinary proceedings pending against her as a member of the Bar in any jurisdiction; and (3) she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

This the 29th day of July, 2005.

SO CERTIFIED:

_____
Eileen R. Youens, TX State Bar. No. 24042202
WOMBLE CARLYLE SANDRIDGE & RICE,
*a Professional Limited Liability Company*
2100 Wachovia Capitol Center
150 Fayetteville Street Mall
P.O. Box 831
Raleigh, NC 27602
(919) 755-2134

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing in the above-captioned action upon all parties by depositing a copy of same in the United States Mail, first-class postage prepaid, addressed as follows:

>Robert G. Cohen
>188 Oaks Road
>Framingham, MA 01702

This the 4th day of August, 2005.

John C. Kane, Jr.

RALEIGH 509347v1