IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 04CV10889RCL

| | |
|---|---|
| S & H U.S.A. INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **UNOPPOSED MOTION TO** |
| v. ) | **RESCHEDULE/CONTINUE** |
| ) | **ALTERNATIVE DISPUTE** |
| POWELL & POWELL SUPPLY CO. INC., ) | **RESOLUTION HEARING** |
| ) | |
| Defendant. ) | |
| ) | |

Defendant, Powell & Powell Supply Co. Inc., through counsel, pursuant to Local Rules 7.1 and 40.3, hereby moves the Court for a continuance of the alternative dispute resolution hearing in this matter, which is currently scheduled for Thursday, September 22, 2005. In support of this motion, Defendant provides as follows:

1.  This is an action brought under Mass. G.L. c. 93A for alleged unfair and deceptive acts or practices.

2.  Plaintiff and Defendant volunteered for the alternative dispute resolution program.

3.  The evidence adduced to date indicates that Defendant's President and Plaintiff's owner/President are the individuals with the most relevant knowledge and that each believes the other to be indispensable to the decision making process. Plaintiff and Defendant concur that they are the individuals whose presence is most necessary for fruitful negotiations to occur.

4.  Due to a calendaring mistake, late last week Defendant's President discovered that he has an irresolvable business-related conflict that makes it impossible for him to personally travel to Boston for a mediation on Thursday, September 22, 2005.

9820762_1

5.  While Defendant could send a different representative with settlement authority, Plaintiff and Defendant agree that the opportunity for a successful mediation will be significantly reduced if Defendant's President is not personally available for the proceeding. Both parties wish to proceed with the mediation on a different date when Defendant's President is available to attend.

6.  The mediation for this matter has been previously rescheduled on one occasion at Plaintiff's request.

7.  Defendant and Plaintiff would like to reschedule the mediation on as early a date as is convenient for Judge Alexander.

8.  Plaintiff does not oppose and, in fact, supports this motion.

This the 20th day of September, 2005.

POWELL & POWELL SUPPLY CO. INC.
By its attorneys,

*Christopher W. Jones (by JCK Jr)*
Christopher W. Jones (NC State Bar No. 27265)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
2100 Wachovia Capitol Center
150 Fayetteville Street Mall
P.O. Box 831
Raleigh, NC 27602
(919) 755-8173

*John C. Kane Jr*
John C. Kane, Jr. (BBO #257480)
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
(617) 951-7000

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing in the above-captioned action upon all parties by depositing a copy of same in the United States Mail, first-class postage prepaid, addressed as follows:

>Robert G. Cohen
>188 Oaks Road
>Framingham, MA 01702

This the 20th day of September, 2005.

John C. Kane, Jr.