IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No. 04CV10889RCL

| | |
|---|---|
| S & H USA, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| POWELL & POWELL SUPPLY CO., INC. | ) ) |
| Defendant. | ) ) |

## JOINT MOTION
## TO AMEND SCHEDULING ORDER

Pursuant to F.R.C.P. 16 and L.R. 16.1, Plaintiff and Defendant jointly move the court for an order amending the Scheduling Order in this case.

As grounds for this motion, counsel for Plaintiff and Defendant hereby state that an Alternative Dispute Resolution hearing was held in this case on November 21, 2005, before Magistrate Judge Joyce Alexander. While active negotiations were held and progress made toward settlement, the case was not resolved during that proceeding. However, Magistrate Judge Alexander did not declare an impasse and instead ordered the parties to appear for a second ADR hearing on January 27, 2006. Magistrate Judge Alexander further instructed both parties to stay discovery[1] until the Alternative Dispute Resolution process is concluded.

Therefore, because the parties will not advance discovery during the interim between ADR proceedings, and based upon the foregoing good cause, Plaintiff and Defendant jointly

---

[1] The parties have already exchanged Rule 26(a) disclosures, written discovery requests, and responses to those requests, and depositions have been taken by both parties.

move the Court for an Order extending the remaining deadlines as follows: the deadline for Defendant's expert disclosure to February 27, 2006; the deadline for Discovery to April 28, 2006; the deadline for motions to June 27, 2006; the deadline for opposition to motions to July 27, 2006; and the deadline for the status conference and/or final pretrial hearing to August 28, 2006.

WHEREFORE, Plaintiff and Defendant respectfully so move.

**Plaintiff**
**By its attorney**

_____
Robert G. Cohen BBO #090340
188 Oaks Road
Framingham, MA  01702
(508) 875-0035

**Defendant**
**By its attorney**

_____
Christopher W. Jones, NCSB No. 27265
Eileen Youens, TXSB No.: 24042202
WOMBLE CARLYLE SANDRIDGE & RICE
*A Professional Limited Liability Company*
2100 Wachovia Capitol Center
150 Fayetteville Street Mall
PO Box 831
Raleigh, NC  27602
(919-755-2116)
John C. Kane
Ropes & Gray
One International Place
Boston, MA  02100-2624
(617-951-7775)

*Attorneys for Powell & Powell Supply Co.*