

**WOMBLE
CARLYLE
SANDRIDGE
& RICE**

A PROFESSIONAL LIMITED
LIABILITY COMPANY

150 Fayetteville Street Mall, Suite 2100
Raleigh, NC 27601

Mailing Address:
Post Office Box 831
Raleigh, NC 27602
Telephone: (919) 755-2100
Fax: (919) 755-2150
Web site: www.wcsr.com

Christopher W. Jones
Direct Dial: (919) 755-8173
Direct Fax: (919) 755-6771
E-mail: cjones@wcsr.com

January 26, 2006

**VIA FACSIMILE 617-748-4584**

Magistrate Judge Joyce London Alexander
ATTN.: Jarrett Lovett, Clerk
U.S. District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way – Suite 2300
Boston, MA 02210

    RE:    *S&H USA Inc. v. Powell & Powell Supply Co. Inc.*, Civil Action No.
            04CV10889RCL

Dear Mr. Lovett:

    Per the telephone message that you left with my assistant early this afternoon and pursuant to your request, this letter confirms that the parties in the *S&H USA, Inc. v. Powell & Powell Supply Co., Inc.* matter that is currently docketed on Magistrate Judge Alexander's ADR docket for tomorrow have reached a settlement. While the formal settlement documents are presently being drafted and none have been executed, in principle the parties have agreed to a total settlement in the amount of $200,000.00, with $100,000.00 to be paid in a lump sum and $100,000.00 to be paid in 20 equal monthly payments of $5,000.00, to begin in April 2006. In consideration for the afore-referenced payment(s) by the Defendant, Plaintiff has agreed to execute a complete release of all claims, whether known or unknown, as between the parties and will file a stipulation seeking dismissal of the pending case, with prejudice.

    Both parties are appreciative of Judge Alexander's efforts in November to assist the parties in resolving this matter. While our ADR session with her was abbreviated, it served as a catalyst for additional settlement discussions that bore fruit. Please pass along our thanks to her.

    As I understand it, having received this letter you will remove from Judge Alexander's docket the ADR session that is scheduled for tomorrow, Friday, January 27, 2006. If I am mistaken or you require anything further from the parties, please do not hesitate to contact me.

GEORGIA / NORTH CAROLINA / SOUTH CAROLINA / VIRGINIA / WASHINGTON D.C.



WOMBLE
CARLYLE
SANDRIDGE
& RICE
PLLC

Magistrate Judge Joyce London Alexander
ATTN: Jarrett Lovett, Clerk
January 26, 2006
Page 2

Thank you for your assistance in this matter.

Sincerely,

Christopher W. Jones

CWJ:gpr

cc: John C. Kane, Esquire (via Facsimile)
Robert G. Cohen, Esquire (via Facsimile)

RALEIGH 522262v1



# WOMBLE CARLYLE SANDRIDGE & RICE

A PROFESSIONAL LIMITED LIABILITY COMPANY

Suite 2100
150 Fayetteville Street Mall
Raleigh, NC 27601

Mailing Address:
Post Office Box 831
Raleigh, NC 27602
Telephone: (919) 755-2100
Fax: (919) 755-2150
Web site: www.wcsr.com

Christopher W. Jones
Direct Dial: (919) 755-8173
Direct Fax: (919) 755-6771
E-mail: cjones@wcsr.com

# FACSIMILE

January 26, 2006   Number of Pages: 3

Please call the following number if the message you receive is incomplete or not legible: (919) 755-2197

C/M   39137.0004.9

| To: | Company: | Fax: | Phone: |
|---|---|---|---|
| Jarrett Lovett, Clerk to Magistrate Judge Joyce London Alexander | U.S. District Court District of Massachusetts | 617-748-4584 | 617-748-9238 |
| John C. Kane, Esquire | Ropes & Gray LLP | 617-951-7050 | 617-951-7775 |
| Robert G. Cohen, Esquire | | 508-875-0558 | 508-875-0035 |

RE:   *S&H U.S.A, Inc. v. Powell & Powell Supply Co., Inc.*
04 CV 10889RCL

---

**CONFIDENTIAL AND PRIVILEGED**: The information contained in this facsimile is privileged and confidential information intended for the sole use of the addressee. If the reader of this facsimile is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this FAX in error, please immediately notify the person listed above, and return the original message by mail to the sender at the address listed above.

RALEIGH 522317v1