**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

S&A U.S.A. INC.
        Plaintiff(s)

V.

CIVIL ACTION

NO. 04-CV-10889-RCL

POWELL & POWELL SUPPLY CO. INC.
        Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE    REGINALD C. LINDSAY

[ X ]  The above entitled case was reported settled after referral to the ADR Program, but prior to 2nd scheduled ADR hearing before Magistrate Judge Joyce London Alexander.

[ ]  On _____ I held the following ADR proceeding:

_____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
_____ MEDIATION                _____ SUMMARY BENCH / JURY TRIAL
_____ MINI-TRIAL               _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[ X ]  Settled. Your clerk should enter a __60__ day order of dismissal.

[ ]  There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

_2/3/06_                              /S/ Joyce London Alexander
DATE                                  ADR Provider

(ADR Report.wpd - 4/12/2000)                                    [adrrpt.]