IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No. 04CV10889RCL

| | |
|---|---|
| S & H USA, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| POWELL & POWELL SUPPLY CO., INC. | ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL
## PURSUANT TO FRCP 41(a)(1)(ii)

The Plaintiff and Defendant hereby stipulate that all of the claims of the Plaintiff against Defendant, and that the counterclaim of the Defendant against Plaintiff, may be dismissed with prejudice and without costs.

Date: March 7, 2006

_____
Plaintiff
S & H USA, INC.
Robert G. Cohen, Esquire  BBO #09034
188 Oaks Road
Framingham, MA 01702
(508) 875-0035
508-875-0558 (FAX)
RGCESQ@aol.com

_____
Defendant
POWELL & POWELL SUPPLY CO., INC.
Christopher W. Jones, Esquire
Womble Carlyle Sandridge & Rice, PLLC
Post Office Box 831
Raleigh, NC 27602
(919) 755-2100
(919) 755-6771 (FAX)
cjones@wcsr.com

WCSR 2146547v1